# COMPLAINT
(for non-prisoner filers without lawyers)

CLERK USDC EDWI
FILED
2023 APR 13 P 2:00

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

Evan R. Fassbender

v.

(Full name of defendant(s))

STATE OF WISCONSIN, ET AL.

(full list of defendants outlined on page 3 of complaint)

Case Number: **23-C-0486 JPS**

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of _____Wisconsin_____ and resides at
(State)

145 Hoover Avenue, Waukesha, Wisconsin, 53186, United States of America
(Address)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant STATE OF WISCONSIN, ET AL.
(Name)

is (if a person or private corporation) a citizen of __**Wisconsin**__
(State, if known)

and (if a person) resides at 115 E Capitol Madison, WI, 53702-0021, United States

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for State of Wisconsin, 115 E Capitol Madison, WI, 53702-0021, United States

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.   STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

(1)(3) Begining on or around January 30th, 2014, the State of Wisconsin, ET AL., began

(2) an unconscienable scheme to criminally defraud the United States Government and

willfully deprive citizens of their Constitutional rights for the sole intent of unlawful

financial gain. The State officials named herein have conspired to commit fraud by and

through the establishment and enforcement of fraudulent child support orders that were

created through a quasi-judicial process without a claim of damages with an attached

affidavit from a Plantiff with complete disregard of Due Process through a court of

record. Title IV-D is a law that has given officers of the court the incentive to abuse

their power under color of law to cause irreversible harm to countless individuals and

families. (4) Plantiff believes the aforementioned defendants have acted in tandem, at

the Waukesha County Courthouse and Waukesha County Sheriff's Department,

located at 515 West Moreland Boulevard, Waukesha, Wisconsin, 53188, United States.

(5) Defendants have violated several constitutionally guaranteed rights through their quasi-judicial process and have left Plantiff with no other viable option other than to seek justice in an honorable court of record. Plantiff believes the defendants have orchestrated this scheme under color of law with the sole intent of financial gain.

---

(Defendants, in BOTH their personal and official capacities)

Tony Evers, Kirsten Johnson, Emilie Amundson, Paul Bugenhagen Jr., Zachary M. Bosch, Linda Saafir, Michael P. Maxwell, Daniel James Sielaff, Andrea E. Lau, Martin Binn, David Herring, Kimberly Haines, Lisa A. Kwasigroch, Deanna Stevlingson, Thomas J. Pieper, Monica Walrath, Ralph M. Ramirez, Erin Furgason, Marylee Richmond, Grace Ison, Eric J. Severson, Corporation Counsel, State of Wisconsin, Court, Wisconsin Judicial Commission, Child Support Agency, Child Support Division, Wisconsin Department of Health Services, Waukesha County Sheriff's Department, Wisconsin Department of Justice and Waukesha County Circuit Court.

Complaint – 3
Case 2:23-cv-00486-JPS   Filed 04/13/23   Page 3 of 5   Document 1

C.  JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I am seeking to be made whole in the amount of all money stolen from me as well as

damages from psychological harm, lost wages, any filing fees, attorney fees, interest

and arrears. Plantiff demands a public apology from the defendants in an honorable

court of record as well as an investigation into how Title IV-D is being enacted by the

state of Wisconsin. Relief should also reflect the wrongful incarceration of plantiff in December of 2022.

E.  JURY DEMAND

I want a jury to hear my case.

☒ – YES  ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this ___12th___ day of _____April_____ 20_23_.

Respectfully Submitted,

*[signature]*

Signature of Plaintiff

(N/A)
Plaintiff's Telephone Number

evanfass@gmail.com
Plaintiff's Email Address

145 Hoover Avenue, Waukesha, Wisconsin, 53186

United States of America
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.